**Exhibit A to the Complaint**

**Location:** Buffalo, NY  
**Total Works Infringed:** 63  
**IP Address:** 104.228.160.74  
**ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 99957AC3E4FC9CBF0B0EAC8E83FCB6ACAB999B8D | Blacked Raw | 03/28/2018 19:54:10 | 03/28/2018 | 04/07/2018 | PA0002091513 |
| 2 | 00C636D16E72BBAAD14A0BC8284F487225DF51A4 | Blacked Raw | 11/13/2017 21:40:09 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 3 | 01B8C563D27BC967C2ECCC1EB54F98FF1B10ED3B | Vixen | 11/30/2017 23:47:07 | 11/30/2017 | 12/17/2017 | 16159649437 |
| 4 | 0332B1C3ADE6E5BD71FFBE569178B8F26B853253 | Blacked | 03/16/2018 19:17:53 | 03/16/2018 | 04/07/2018 | PA0002091582 |
| 5 | 091852540ADF58519DB27F6E96AF0948E30B5DF5 | Vixen | 01/14/2018 20:22:07 | 01/14/2018 | 01/20/2018 | 16223964582 |
| 6 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/06/2017 21:19:30 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 7 | 131D4EE65059B24A3A7AEB0266F1E2F1A6BE80F7 | Blacked | 09/19/2017 19:43:04 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 8 | 1D01B2A9C9D17E72CC2F005AE19FFD35C0DC93E6 | Blacked | 03/21/2018 21:29:14 | 03/21/2018 | 04/07/2018 | PA0002091520 |
| 9 | 1D2B05C3677283D5FD266270EFA7CF1B3C1025EC | Blacked | 03/11/2018 19:35:58 | 03/11/2018 | 04/07/2018 | 16490950811 |
| 10 | 209712038E6EA91F4D20F2633AE0880CD6C6970A | Vixen | 10/02/2017 05:25:20 | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 11 | 27EF224D023462A415E9AA1F50ED06DDA40C617F | Blacked | 10/23/2017 03:22:50 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 12 | 2B47AB1AC715202A682205DE2386E9131256D398 | Blacked | 01/25/2018 20:09:34 | 01/25/2018 | 02/03/2018 | 16331855819 |
| 13 | 384978F30B85187E2B32ADF552CDBE1E780E4C93 | Blacked | 03/31/2018 21:05:33 | 03/31/2018 | 04/07/2018 | PA0002091516 |
| 14 | 3D975982F1D32ABB38E851EAA39614D3ADCD8FB2 | Blacked | 12/01/2017 23:01:08 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 15 | 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4 | Blacked Raw | 03/08/2018 19:00:37 | 03/08/2018 | 03/15/2018 | 16490950909 |
| 16 | 3E97BA63DC43E5E5C8F673ACD2A36D13532136EA | Blacked | 01/10/2018 20:30:02 | 01/10/2018 | 01/18/2018 | PA0002070942 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 44F3F16CC60D7AE034BB31F4EE5BF34D9BA6DEE7 | Blacked Raw | 03/13/2018 20:21:56 | 03/13/2018 | 04/07/2018 | 16490951096 |
| 18 | 450BF9E0938225411862819CF362767C314B55CD | Blacked | 01/05/2018 20:09:43 | 01/05/2018 | 01/18/2018 | 16199943644 |
| 19 | 46EEF973B7C807D503B35602AAA73C61148F2278 | Blacked Raw | 11/08/2017 23:07:57 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 20 | 50A31827247C2EF81673E8B42F537934E279C371 | Blacked | 10/08/2017 06:59:07 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 21 | 5FDD1D5C14C8477B7671C8C22BA2893B25B73FC7 | Vixen | 12/30/2017 19:49:18 | 12/30/2017 | 01/18/2018 | PA0002070944 |
| 22 | 60328EEE835FE48915C40A8E8C96CE0144321A85 | Vixen | 09/27/2017 04:51:59 | 09/26/2017 | 10/10/2017 | PA0002085861 |
| 23 | 618399B973A63AD1303D268B26DA083F57719E89 | Blacked Raw | 12/19/2017 01:35:41 | 12/18/2017 | 01/18/2018 | 16215823662 |
| 24 | 668FF39D13617B304AE77A0520D19CF04CECDE0F | Blacked Raw | 02/11/2018 20:05:04 | 02/11/2018 | 02/17/2018 | 16331855536 |
| 25 | 6A61612A204675F6F75F546DF27303CB8963D660 | Vixen | 10/16/2017 19:27:56 | 10/16/2017 | 10/19/2017 | PA0002090451 |
| 26 | 6F84C2A55F97EB2BB186C8752430B8C482F0D417 | Blacked Raw | 01/12/2018 22:32:08 | 01/12/2018 | 01/20/2018 | 16215823770 |
| 27 | 7353ED9F41626B8991109849D8088558206CCFD0 | Vixen | 01/19/2018 19:50:24 | 01/19/2018 | 02/03/2018 | 16331856016 |
| 28 | 7AEE9D2C63930E5D00C2BBA99B6A4EBBD19133CF | Vixen | 03/25/2018 19:44:48 | 03/25/2018 | 04/07/2018 | 16490950968 |
| 29 | 7C2689AB5C9DD21C9E3A29FEA77C84638401F960 | Blacked | 01/30/2018 19:59:03 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 30 | 7E05CE85F61F8D43D40CF530AD0FB5D9D7F25FF5 | Blacked | 02/09/2018 19:16:00 | 02/09/2018 | 02/16/2018 | 16331855770 |
| 31 | 811DEB6026F6FB0782CE1B3B449C2C7E002317E4 | Blacked | 12/16/2017 20:57:29 | 12/16/2017 | 01/18/2018 | 16215824182 |
| 32 | 842B57BB37085FDEB841E25E2337B90905E20C4E | Vixen | 09/22/2017 05:06:52 | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 33 | 8BA84E95B165863A35836BEA6042F1DCEC5AB711 | Vixen | 01/29/2018 20:07:44 | 01/29/2018 | 02/07/2018 | 16335134850 |
| 34 | 8BCD4A6CFF98E3AF31332EF4A2835760D9ACA0D4 | Blacked Raw | 12/23/2017 19:59:38 | 12/23/2017 | 01/18/2018 | 16200020025 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 8FB4D5F416E7821AA082D143F6EB289B4DA2238A | Vixen | 02/08/2018 19:23:32 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 36 | 947FD6657EC9E14C83D86F7E129F89459D91AACE | Vixen | 11/15/2017 20:22:25 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 37 | 973306499CCF5C90FB3899481EE9FDB896D23743 | Blacked | 12/06/2017 21:20:48 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 38 | A39A4EF03CF8F30E706C709DCA309045572ACDB4 | Vixen | 11/25/2017 20:28:04 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 39 | A6DE86D6AC9298FD387ED85F2FB43156AB531594 | Blacked | 09/23/2017 06:05:19 | 09/22/2017 | 10/02/2017 | PA0002057455 |
| 40 | AC4896F8A23F9E39C13DDB76345FD6EBD0263374 | Blacked | 12/21/2017 20:06:49 | 12/21/2017 | 01/18/2018 | PA0002070941 |
| 41 | B495BA1758150C87F9965ED9A8134E78CD95F4F5 | Vixen | 10/21/2017 20:05:37 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 42 | B7F9B4455C8C085B75BD0E4E23AA26317B2DE1FB | Vixen | 01/24/2018 22:08:11 | 01/24/2018 | 02/03/2018 | 16331855888 |
| 43 | B8040C20845C224B120F927AE0ABC2C01E47A1E9 | Blacked | 11/26/2017 21:36:25 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 44 | BA107630EA68CCF18D690A0A50B1823E6247BCAC | Blacked | 11/16/2017 20:52:06 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 45 | BA180BD952CACDB9A3D4470D02B2DA758021BA47 | Blacked | 10/02/2017 21:20:02 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 46 | C5801933E35BCD594B73AAAC656A63F1A5CA8E8B | Blacked | 12/11/2017 22:06:59 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 47 | C957E7DD8C199D206E8D94160800DFE0A0E7EB22 | Vixen | 01/04/2018 21:01:00 | 01/04/2018 | 01/18/2018 | PA0002070947 |
| 48 | CB01140AD9E1A09758CECAEEB9DB0E19B2169DEA | Blacked Raw | 04/03/2018 01:58:45 | 04/02/2018 | 04/07/2018 | 16490950654 |
| 49 | CC36967DDF49C539E355D99A9D2A37CCFD3435C6 | Vixen | 12/20/2017 21:01:28 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 50 | CE7F19662BFCAA1C1482CD2B20490D9057CA15C6 | Vixen | 10/11/2017 20:43:54 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 51 | D49AB801AEA42EDB09644460F82DFD2DC74791D7 | Vixen | 12/15/2017 20:29:41 | 12/15/2017 | 01/18/2018 | 16215970293 |
| 52 | D4BCCA334434C333F632877C9C91A4A21E60F521 | Vixen | 02/13/2018 20:21:38 | 02/13/2018 | 02/17/2018 | 16335134323 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | D76E1157915CAC15BC8BD2FDCE47C6B9AF32EA46 | Blacked | 11/11/2017 20:59:54 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 54 | DAB13CD6836481F313013F0B1442EDCB37423A3F | Blacked | 02/24/2018 19:45:11 | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 55 | E180A64C46C7FCDDC311D1A51F231341134AF9D6 | Blacked | 01/15/2018 20:39:38 | 01/15/2018 | 01/20/2018 | 16215970440 |
| 56 | E407E18B484AE30BFA207F583268A23571AC56BF | Blacked | 10/12/2017 22:01:25 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 57 | E46B81E1A71E3AC4E1FF3BC9B79FCF54E0D2AF00 | Blacked | 11/01/2017 21:43:16 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 58 | E48665E26ACE2AC908A80B030E5B02682277F35C | Blacked Raw | 01/07/2018 22:10:41 | 01/07/2018 | 01/18/2018 | 16215824015 |
| 59 | E6B69D8BD2357CED77EA3A2ADD13CAF33C065314 | Vixen | 10/07/2017 04:29:09 | 10/06/2017 | 10/19/2017 | PA0002090453 |
| 60 | E9FBFDCF7F3EDBEF21ABC8520BCF48CAB62C397C | Blacked Raw | 02/02/2018 02:15:08 | 02/01/2018 | 02/07/2018 | 16288762262 |
| 61 | EB78B7F388231B38F336BC0B901F7C7C86B9EC24 | Blacked | 03/26/2018 20:59:51 | 03/26/2018 | 04/07/2018 | PA0002091525 |
| 62 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 10/17/2017 22:33:34 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 63 | FFCE08F29D87DBD39F40EB96796C74EA315AAA7E | Blacked | 12/26/2017 19:52:02 | 12/26/2017 | 01/18/2018 | 16215823966 |